✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>FOREHAND, BRIAN D JR | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br>CM/ECF Case No. 4:26-PO-00229-AGH |

| Case No. | GM1 | E2722628 |
|---|---|---|

USM No.

Pro Se

_____
Defendant's Attorney

**THE DEFENDANT:** FOREHAND, BRIAN D JR

☐    **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-15 | Suspended Registration | 03/29/2026 | 1 |

☑  Count(s)   1  _____   ☑ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ | $ | $ |

Last Four Digits of Defendant's Soc. Sec. No.:  7782

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:
FORT BENNING, GA

07/22/2026
_____
Date of Imposition of Judgment

_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

07/22/2026
_____
Date